Dana M. Florkowski, DC Bar No. 1659708,
VA Bar No. 93499
Florkowski.Dana.M@dol.gov
Alyssa C. George, DC Bar No. 187659
George.Alyssa.C@dol.gov
Rachel A. Uemoto, CA Bar No. 335405, HI
Bar No. 11404
Uemoto.Rachel@dol.gov
Office of the Solicitor
Plan Benefits Security Division
U.S. Department of Labor
P.O. Box 1914
Washington, DC 20013
Tel: (202) 693-5600
Fax: (202) 693-5610

Attorneys for Plaintiff Julie A. Su,
Acting Secretary of the United States
Department of Labor

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

|  |  |
|---|---|
| JULIE A. SU, Acting Secretary, United States Department of Labor, <br><br> Plaintiff, <br><br> v. <br><br> ALERUS FINANCIAL, N.A., JAMES A. KISSLER, NORCO, INC., and NORCO, INC. EMPLOYEE STOCK OWNERSHIP PLAN, <br><br> Defendants. | Case No.: 1:23-cv-00537-DCN <br><br> **PLAINTIFF'S MOTION FOR RECONSIDERATION** |

Plaintiff Julie A. Su, Acting Secretary of the United States Department of Labor (the

"Secretary"), respectfully moves the Court for reconsideration of the Court's Order dismissing

Counts III–V of the Secretary's Complaint against Defendant James Kissler ("Kissler") (ECF

No. 48). As set forth in the accompanying memorandum, the Court committed clear error in

dismissing these claims, warranting reconsideration under Federal Rule of Civil Procedure 54(b).

The Secretary respectfully requests that the Court reconsider the portion of its Order dismissing

Counts III–V and enter an order denying Kissler's Motion to Dismiss.


Dated: December 4, 2024                    Respectfully Submitted,


                                           SEEMA NANDA
                                           Solicitor of Labor

                                           WAYNE R. BERRY
                                           Associate Solicitor
                                           Plan Benefits Security Division

                                           JEFFREY M. HAHN
                                           Counsel for Appellate and Special Litigation
                                           Plan Benefits Security Division

                                           /s/Alyssa C. George
                                           ALYSSA C. GEORGE
                                           Senior Trial Attorney

                                           DANA M. FLORKOWSKI
                                           RACHEL A. UEMOTO
                                           Trial Attorneys
                                           Office of the Solicitor
                                           Plan Benefits Security Division
                                           U.S. Department of Labor
                                           P.O. Box 1914
                                           Washington, DC  20013
                                           Tel: (202) 693-5600
                                           Fax: (202) 693-5610

                                           George.Alyssa.C@dol.gov
                                           Florkowski.Dana.M@dol.gov
                                           Uemoto.Rachel@dol.gov

                                           Attorneys for Plaintiff

## Certificate of Service

I hereby certify that on December 4, 2024, a true and correct copy of the foregoing

*Plaintiff's Motion for Reconsideration* was served upon counsel of record of all parties via the

Court's ECF system.

/s/Alyssa C. George
ALYSSA C. GEORGE
Senior Trial Attorney