MARK L. BIETER, Bar No. 11859
**STOEL RIVES LLP**
101 S. Capitol Boulevard, Suite 1900
Boise, ID 83702
Telephone: (208) 389-9000
Facsimile: (208) 389-9040
mark.bieter@stoel.com

Lars C. Golumbic (*pro hac vice*)
Ross P. McSweeney (*pro hac vice*)
**GROOM LAW GROUP, CHARTERED**
1701 Pennsylvania Avenue, N.W., Suite 1200
Washington, DC 20006
Telephone: (202) 861-6615
Facsimile: (202) 659-4503
lgolumbic@groom.com
rmcsweeney@groom.com

*Attorneys for Defendant*
*Alerus Financial, N.A.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JULIE A. SU, Acting Secretary, United States Department of Labor<br><br>Plaintiff,<br><br>v.<br><br>ALERUS FINANCIAL, N.A., JAMES A KISSLER, NORCO, INC., and NORCO, INC. EMPLOYEE STOCK OWNERSHIP PLAN,<br><br>Defendants. | Case No. 1:23-cv-00537-DCN<br><br>**ALERUS FINANCIAL, N.A.'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME** |

COMES NOW Defendant Alerus Financial, N.A. ("Alerus"), by and through its counsel

of record, hereby stipulates and respectfully moves this Court, pursuant to Rule 6 of the Federal

ALERUS FINANCIAL, N.A.'S SECOND UNOPPOSED MOTION FOR EXTENSION OF
TIME - 1

Rules of Civil Procedure and Local Rule 6.1, for an Order granting an extension of the deadline for Alerus to respond to the operative complaint in this matter to the later of January 6, 2025, or 14 days from the date the Court rules on Plaintiff Julie A. Su's Motion for Reconsideration (Dkt. 51).

On November 4, 2024, the Court granted Defendant James A. Kissler's motion to dismiss Counts III-V but allowed Plaintiff to file an amended complaint by December 4, 2024. *See* Dkt. 48 at 21. Alerus consequently filed an unopposed motion for extension of time to respond to the operative complaint to January 6, 2025, *see* Dkt. 49, which the Court granted On November 8, 2024. *See* Dkt. 50.

Rather than filing an amended complaint on December 4, Plaintiff instead moved the Court to reconsider its dismissal of Counts III-V in Plaintiff's Complaint against Defendant Kissler. *See* Dkt. 51. Good cause therefore exists for granting the present Motion, because the Court's resolution of Plaintiff's Motion for Reconsideration will necessarily determine how Alerus is to proceed—for example, whether Alerus will need to address reinstated claims against Defendant Kissler.

Alerus accordingly requests that the Court extend the deadline to respond to the operative complaint to the later of January 6, 2025, or 14 days from the date the Court rules on Plaintiff's Motion for Reconsideration. Counsel for Alerus has conferred with Plaintiff's counsel, and Plaintiff does not oppose this motion.

In compliance with Local Rule 6.1, Alerus states that—in addition to the Court's November 8, 2024, order referenced above (Dkt. 50)—the Court previously granted Defendants' Unopposed Motion to Extend Deadline to Respond to Complaint, which extended Defendants' respective deadlines to respond to the current complaint to February 20, 2024. *See* Dkt. 15.

ALERUS FINANCIAL, N.A.'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME - 2
127127645.1 0082776-00001

DATED:  December 9, 2024.                    STOEL RIVES LLP


                                             /s/ Mark L. Bieter
                                             Mark L. Bieter

                                             GROOM LAW GROUP, CHARTERED

                                             Lars C. Golumbic (*pro hac vice*)
                                             Ross P. McSweeney (*pro hac vice*)

                                             *Attorneys for Defendant*
                                             *Alerus Financial, N.A.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2024, the foregoing was filed with the U.S. District Court via the *ECF* system, which Court in turn provided electronic notice of the same to counsel of record.

/s/ Mark L. Bieter
Mark L. Bieter