**Exhibit 1**

# FILED UNDER SEAL

**Exhibit 1**