**Exhibit 2**

# FILED UNDER SEAL

**Exhibit 2**