**Exhibit 3**

# FILED UNDER SEAL

**Exhibit 3**