**Exhibit 4**

# FILED UNDER SEAL

**Exhibit 4**