Exhibit 5

# FILED UNDER SEAL

**Exhibit 5**