**Exhibit 6**

# FILED UNDER SEAL

**Exhibit 6**