Dana M. Florkowski, DC Bar No. 1659708, VA Bar No. 93499
Florkowski.Dana.M@dol.gov
Alyssa C. George, DC Bar No. 187659
George.Alyssa.C@dol.gov
Isidro Mariscal, CA Bar No. 298139
Mariscal.Isidro@dol.gov
Rachel A. Uemoto, CA Bar No. 335405, HI Bar No. 11404
Uemoto.Rachel@dol.gov
Trial Attorneys
Office of the Solicitor
Plan Benefits Security Division
U.S. Department of Labor
P.O. Box 1914
Washington, DC 20013
Tel: (202) 693-5600
Fax: (202) 693-5610

Attorneys for Plaintiff Lori Chavez-DeRemer,
Secretary of the United States Department of Labor

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LORI CHAVEZ-DEREMER, Secretary, United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>ALERUS FINANCIAL, N.A., NORCO, INC., and NORCO, INC. EMPLOYEE STOCK OWNERSHIP PLAN,<br><br>Defendants. | Case No.: 1:23-cv-00537<br><br>**PLAINTIFF'S UNOPPOSED MOTION TO STAY PROCEEDINGS AND EXTEND DEADLINES DUE TO LAPSE IN APPROPRIATIONS** |

Plaintiff Lori Chavez-DeRemer, Secretary of the United States Department of Labor (the "Secretary"), hereby respectfully requests that the Court stay proceeding in this matter, including extending any applicable deadlines. As grounds for this motion, the Secretary states as follows:

1. This matter is currently pending before the Court and the Secretary is a party to it. The undersigned represents the Secretary in this matter and is responsible for all filings and other actions.

2. At the end of the day on September 30, 2025, appropriated funding for the United States Department of Labor (the "Department") and its subagencies lapsed. At this time, the Secretary does not know when Congress will restore funding.

3. As a result of the lapse in appropriations, Department attorneys in the Solicitor's Office (including the undersigned) are prohibited from working, even on a voluntary basis, "exceeding that authorized by law except for emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342. This exception "does not include ongoing, regular functions of government the suspension of which would not imminently threaten the safety of human life or the protection of property." *Id*.

4. In light of the foregoing, the Secretary requests that the Court stay all proceedings in this case through the lapse of appropriations. In addition, the Secretary requests that the Court extend all deadlines in this matter, including the deadline to file responses/objections to Defendant Alerus's answer (Dkt. 60) and motion to seal (Dkt. 61), through the lapse of appropriations until 21 days after Congress has restored appropriations to the Department.

5. If this motion for an extension is granted, Secretary's counsel will notify the Court as soon as possible after Congress has restored appropriations to the Department.

6. The undersigned has contacted counsel for Defendants and they do not object to this motion. In compliance with Local Rule 6.1, the Secretary states that the Court previously granted the parties' joint request to extend certain deadlines, which extended by two weeks the Secretary's deadline to file responses to Defendants' motions to dismiss. *See* Dkt. 33, 34.

WHEREFORE, the Secretary respectfully requests that the Court stay all proceedings in this case, including any applicable deadlines.

Dated: October 31, 2025                                   Respectfully submitted,

                                                          JONATHAN SNARE
                                                          Deputy Solicitor of Labor

                                                          WAYNE R. BERRY
                                                          Associate Solicitor
                                                          Plan Benefits Security Division

                                                          */s/ Isidro Mariscal*
                                                          ISIDRO MARISCAL
                                                          Counsel for Litigation
                                                          Plan Benefits Security Division

                                                          RACHEL A. UEMOTO
                                                          DANA M. FLORKOWSKI
                                                          ALYSSA C. GEORGE
                                                          Trial Attorneys
                                                          Office of the Solicitor
                                                          Plan Benefits Security Division
                                                          U.S. Department of Labor
                                                          P.O. Box 1914
                                                          Washington, DC  20013
                                                          Tel: (202) 693-5600
                                                          Fax: (202) 693-5610

                                                          Florkowski.Dana.M@dol.gov
                                                          George.Alyssa.C@dol.gov
                                                          Mariscal.Isidro@dol.gov
                                                          Uemoto.Rachel@dol.gov

                                                          *Attorneys for Plaintiff*